588 OCTOBER TERM, 1918.

Cases Disposed of Without Consideration by the Court.    248 U. S.

counsel for appellants. *Mr. John P. Wilson, Mr. Edgar A. Bancroft, Mr. William D. McHugh* and *Mr. Philip S. Post* for appellants. *The Attorney General, The Solicitor General, Mr. Assistant to the Attorney General Todd* and *Mr. Thurlow M. Gordon* for the United States.

No. 39. JOSEPH HOLT ET AL. *v.* SUPREME LODGE, KNIGHTS OF PYTHIAS. Appeal from the Circuit Court of Appeals for the Seventh Circuit. October 21, 1918. Dismissed with costs, on motion of counsel for appellants. *Mr. Elmer H. Adams, Mr. Henry L. Lazarus* and *Mr. David Sessler* for appellants. *Mr. Sol H. Esarey* for appellee.

No. 103. ANN ARBOR RAILROAD COMPANY *v.* CASSIUS L. GLASGOW ET AL. Appeal from the District Court of the United States for the Eastern District of Michigan. October 21, 1918. Dismissed without costs to either party, per stipulation. *Mr. Alexander L. Smith, Mr. Joseph B. Cotton* and *Mr. Chauncey C. Colton* for appellant. *Mr. Grant Fellows* for appellees.

No. 110. NORFOLK SOUTHERN RAILROAD COMPANY *v.* WILLIAM L. WHITEHURST. Error to the Supreme Court of Appeals of the State of Virginia. October 21, 1918. Dismissed, each party to pay their own costs, per stipulation. *Mr. James G. Martin* for plaintiff in error. *Mr. Sigmund M. Brandt* for defendant in error.

No. 140. ARTHUR A. BONVILLAIN *v.* H. B. HOWELL, TRUSTEE, ETC. Certiorari to the Circuit Court of Appeals

OCTOBER TERM, 1918.          589

248 U. S.    Cases Disposed of Without Consideration by the Court.

for the Fifth Circuit.   October 21, 1918.   Dismissed with costs, per stipulation.   *Mr. H. Generes Dufour* for petitioner.   *Mr. E. A. O'Sullivan* for respondent.

---

No. 133.  H. S. McGOWAN ET AL. *v.* EAGLE CLIFF FISHING COMPANY.  Error to the Supreme Court of the State of Oregon.  October 21, 1918.  Dismissed without costs to either party, per stipulation.  *Mr. Franklin T. Griffith* and *Mr. Bert W. Henry* for plaintiffs in error. *Mr. G. C. Fulton* and *Mr. C. W. Fulton* for defendant in error.

---

No. 257.  ADA T. CUSHING, EXECUTRIX, ETC., *v.* JOHN H. WHALEY ET AL.  Error to the Supreme Court of the State of Oklahoma.  October 21, 1918.  Dismissed with costs, on motion of counsel for plaintiff in error.  *Mr. D. M. Tibbetts* for plaintiff in error.  No appearance for defendants in error.

---

No. 9. Original.  STATE OF MISSOURI *v.* CHICAGO, BURLINGTON & QUINCY RAILROAD COMPANY.  In equity. Stipulation for judgment submitted October 14, 1918. October 28, 1918.  Judgment entered as per stipulation of counsel.  *Mr. John T. Barker, Mr. Frank W. McAllister, Mr. Lee B. Ewing* and *Mr. W. T. Rutherford* for complainant.  *Mr. Frank Hagerman, Mr. O. M. Spencer* and *Mr. Chester M. Dawes* for defendant.  *Mr. C. B. Allen, Mr. W. T. Allen, Mr. F. W. Paschal, Mr. Ernest E. Watson* and *Mr. Herbert A. Abernethy*, by leave of court, filed briefs as *amici curiæ*.

---

No. 376.  WILLIAM B. BALES *v.* UNITED STATES.  Error to the District Court of the United States for the Southern